1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JEFFREY A. BACKHUS (CABN 200177)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5080
7       FAX: (408) 535-5066
        jeffrey.backhus@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 21-mj-70186-MAG |
| Plaintiff, | STIPULATION AND ORDER AS TO WAIVER OF TIME AND TO CONTINUE ARRAIGNMENT |
| v. | |
| FRANCISCO JAVIER DIAZ-RAMIREZ, | |
| Defendant. | |

The United States, by and through its counsel of record, and defendant, Francisco Javier Diaz-Ramirez, by and through his counsel of record (collectively, the "Parties"), agree and stipulate:

Whereas, a status conference regarding preliminary examination or arraignment is currently scheduled for June 3, 2021, at 1:30 p.m.

Whereas, the Parties agree that defendant's status conference should be continued from June 3, 2021, to July 15, 2021, at 1:00 p.m.

Whereas, the Parties agree and stipulate herein that time shall be waived under Rule 5.1(c) (time for a preliminary hearing) and 18 U.S.C. § 3161(b) (requiring any information or indictment be filed within 30 days of arrest). The Parties further agree that this waiver of time is necessary for review of discovery by the defense and to discuss possible pre-indictment resolution of the case, but the Parties also

agree and acknowledge that an agreement may not be reached.

Whereas, the Parties agree that the defendant has waived time for purposes of 18 U.S.C. § 3161(b) and Rule 5.1(c), specifically, that time be waived from June 3, 2021, to July 15, 2021, for purposes of 18 U.S.C. § 3161(b) and Rule 5.1(c), that the preliminary hearing need not occur until July 15, 2021, and that the government need not file an information or indictment until July 15, 2021.

Respectfully submitted,

DATED: May 26, 2021
STEPHANIE M. HINDS
Acting United States Attorney

/s/ Jeffrey A. Backhus
JEFFREY A. BACKHUS
Assistant United States Attorney

DATED: May 26, 2021

/s/ Varell Fuller
VARELL FULLER
Assistant Federal Public Defender
Attorney for Defendant
Francisco Javier Diaz-Ramirez

ORDER

Upon agreement and stipulation of the United States, the defendant Cade Sublet, and their respective counsel of record, and good cause appearing, IT IS HEREBY ORDERED that time be waived from June 3, 2021, to July 15, 202121, for purposes of 18 U.S.C. § 3161(b) and Rule 5.1(c), that the preliminary hearing need not occur until July 15, 2021, and that the government need not file an information or indictment until July 15, 2021. Additionally, the preliminary hearing or arraignment on the information or indictment should be continued from June 3, 2021, to July 15, 2021, at 1:00 p.m.

IT IS SO ORDERED.

DATED: May 28, 2021



HON. KANDIS WESTMORE
United States Magistrate Judge