```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFFREY A. BACKHUS (CABN 200177)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5080
    FAX: (408) 535-5066
    jeffrey.backhus@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:21-mj-70186-MAG |
| Plaintiff, | STIPULATION AND ORDER AS TO WAIVER OF TIME AND TO CONTINUE STATUS CONFERENCE REGARDING PRELIMINARY HEARING OR ARRAIGNMENT |
| v. | |
| FRANCISCO JAVIER DIAZ-RAMIREZ, | |
| Defendant. | |

The United States, by and through its counsel of record, and defendant, Francisco Javier Diaz-Ramirez, by and through his counsel of record (collectively, the "Parties"), agree and stipulate:

Whereas, a status conference regarding preliminary examination or arraignment is currently scheduled for December 2, 2021, at 1:00 p.m.

Whereas, the Parties agree that defendant's status conference should be continued from December 2, 2021, to January 4, 2022, at 1:00 p.m., or at the time set for the San Jose Duty Calendar.

Whereas, the Parties agree and stipulate herein that time shall be waived under Rule 5.1(c) (time for a preliminary hearing) and 18 U.S.C. § 3161(b) (requiring any information or indictment be filed within 30 days of arrest). The Parties further agree that this waiver of time is necessary for review of discovery by the defense and to discuss possible pre-indictment resolution of the case, but the Parties also

1  agree and acknowledge that an agreement may not be reached.

2  　　　Whereas, the Parties agree that the defendant has waived time for purposes of 18 U.S.C. § 3161(b)
3  and Rule 5.1(c), specifically, that time be waived from December 2, 2021, to January 4, 2022, for purposes
4  of 18 U.S.C. § 3161(b) and Rule 5.1(c), that the preliminary hearing need not occur until January 4, 2022,
5  and that the government need not file an information or indictment until January 4, 2022.

7  　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

8  DATED: November 30, 2021　　　　　　　　　　STEPHANIE M. HINDS
　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

10  　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey A. Backhus
　　　　　　　　　　　　　　　　　　　　　　　JEFFREY A. BACKHUS
11  　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

13  DATED: November 30, 2021
　　　　　　　　　　　　　　　　　　　　　　　/s/ Varell Fuller
14  　　　　　　　　　　　　　　　　　　　　　　VARELL FULLER
　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
15  　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　Francisco Javier Diaz-Ramirez

ORDER

Upon agreement and stipulation of the United States, the defendant Cade Sublet, and their respective counsel of record, and good cause appearing, IT IS HEREBY ORDERED that time be waived from December 2, 2021, to January 4, 2022, for purposes of 18 U.S.C. § 3161(b) and Rule 5.1(c), that the preliminary hearing need not occur until January 4, 2022, and that the government need not file an information or indictment until January 4, 2022. Additionally, the preliminary hearing or arraignment on the information or indictment should be continued from December 2, 2021, to January 4, 2022, at 2:00 p.m.

IT IS SO ORDERED.

DATED: November 30, 2021



HON. DONNA M. RYU
United States Magistrate Judge